USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/6/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEEN ROCHE,<br><br>    Plaintiff,<br><br>-against-<br><br>VBGO PENN PLAZA FEE LLC, et al.,<br><br>    Defendants. | 24-CV-1070 (JHR) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

  For the reasons discussed on the record during today's status conference, it is hereby **ORDERED** that, no later than close of business on **November 8, 2024**, defendants shall produce admissible evidence demonstrating that the business has closed and the premises have been, or are in the process of being, demolished, and shall submit the same evidence in a status letter addressed to the Court. It is further **ORDERED** that, no later than **November 13, 2024**, plaintiff shall advise the Court whether she agrees that this court no longer has federal question jurisdiction, and, if so, whether she intends to dismiss the action.

Dated: New York, New York
    November 6, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**