UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

COLLEEN ROCHE,

      Plaintiff,

   -v-                                      No.  24-CV-01070-LTS-BCM

VBGO PENN PLAZA FEE LLC and
FRIEDMAN'S 31ST ST, LLC,

      Defendant.

--------------------------------------------------------x

ORDER

The Court is in receipt of the parties' joint status letter, dated May 29, 2026. (Docket entry no. 43.)  The parties are hereby directed to promptly meet and confer and to file a joint status update, **within 30 days** after the entry of this Order, addressing the following matters: (1) the continued relevance, if any, of Defendant's current motion to dismiss in light of Defendants' representation that they are now operating a restaurant on the premises, and (2) Plaintiff's proposed motion to amend the complaint.

      SO ORDERED.

Dated: New York, New York
      June 3, 2026

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                        Chief United States District Judge