UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEEN ROCHE,<br><br>Plaintiff,<br><br>v.<br><br>VBGO PENN PLAZA FEE LLC and FRIEDMAN'S 31ST STREET, LLC,<br><br>Defendants. | 1:24-CV-1070-LTS |

ORDER

Colleen Roche ("Roche" or "Plaintiff") brings this action against VBGO Penn Plaza Fee LLC ("VBGO") and Friedman's 31st Street, LLC ("Friedman's" and, together, "Defendants"), asserting claims related to the Americans with Disabilities Act, 42 U.S.C. § 12181, New York State Executive Law section 296, New York State Civil Rights Law section 40, and section 8-107 of the Administrative Code of the City of New York.

Now before the Court is Plaintiff's motion for leave to file an Amended Complaint (docket entry no. 47 (the "Motion")), which Defendants have not opposed. The Court has carefully considered Plaintiff's Motion and accompanying papers, and, for the following reasons, grants the Motion.

Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, a court "should freely give leave" to amend a pleading "when justice so requires." In this Circuit, courts grant leave to amend "absent evidence of undue delay, bad faith or dilatory motive on the part of the movant, undue prejudice to the opposing party, or futility." Monahan v. N.Y.C. Dep't of Corr., 214 F.3d 275, 283 (2d Cir. 2000). It is well established among courts in this District that,"[w]hen a motion for leave to amend a complaint is unopposed, the motion may be granted

on that basis." Sosa v. Bentis Fresh Bread Inc., No. 1:20-CV-04705-MKV, 2021 WL 4267528, at *2 (S.D.N.Y. Sept. 20, 2021); see Charlemagne v. Educ. All., Inc., No. 22-CV-1136-VSB, 2022 WL 1421480, at *1 (S.D.N.Y. May 5, 2022).

Plaintiff filed her Motion seeking leave to amend on August 9, 2026. (Docket entry no. 47.) Defendants were required to file opposition or responsive papers by August 24, 2026. See S.D.N.Y. Local Civ. R. 6.1(b). To date, however, Defendants have not filed any opposition papers, sought an extension, or responded to the Motion in any other way. In the absence of opposition, the Motion is granted, and Plaintiff is directed to file the Amended Complaint within **14 days** of the entry of this Order.

Defendants' motion to dismiss the Complaint (docket entry no. 37) is denied as moot, without prejudice, in light of the foregoing authorization to file an amended complaint. Defendant must respond to the Amended Complaint as provided by the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3). This Order resolves docket entry nos. 37 and 47.

SO ORDERED.

Dated: New York, New York
September 16, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge