USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/02/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLEEN ROCHE,

Plaintiff,

-against-

VBGO PENN PLAZA FEE LLC, et al.,

Defendants.

24-CV-1070 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 16, 2026, in accordance with the District Judge's order dated that same day (Dkt. 50), plaintiff filed an amended complaint. (Dkt. 51.)

Under Fed. R. Civ. P. 15(a)(3), defendants' response was due within 14 days, or no later than September 30, 2026. Defendants failed to timely file a response.

The Court *sua sponte* EXTENDS defendants' time to answer or otherwise respond to plaintiff's amended complaint to **October 14, 2026**.

Dated: New York, New York
October 2, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**